UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Case No. 1:08-cr-207

v.

                              HONORABLE PAUL L. MALONEY

DARIEN WILLIAMS,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

        THEREFORE, IT IS ORDERED that:

        1.       The Report and Recommendation of the Magistrate Judge (Dkt. #38) is approved and adopted as the opinion of the Court.

        2.       Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in the Indictment.

Date:  January 5, 2009                              /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      Chief United States District Judge